IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 8:02CR46 |
| ) | |
| vs. ) | |
| ) | |
| ) | JUDGMENT |
| DARRYL L. WINBORN, ) | |
| ) | |
| Defendant. ) | |

Pursuant to the Memorandum and Order entered on this date, judgment is entered in favor of the government and against the defendant.  The defendant's "Motion Under 28 USC § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (Filing No. 56) is dismissed, with prejudice.

DATED this 7th day of November, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge